I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: *Heather R Shiver*
Deputy Clerk



FILED
2004 SEP 29 PM 3: 29
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | 5:04CR0497 |
| | ) | |
| v. | ) CASE NO: _____ |
| | ) | Title 18, United States Code, |
| ROBERT A. SHIRLEY, | ) | Sections 2422(b) and 2423(b) |
| | ) | |
| Defendant. | ) | JUDGE ADAMS |

COUNT 1

The Grand Jury charges:

On or about September 4, 2004 through September 6, 2004, in the Northern District of Ohio, Eastern Division, and elsewhere, ROBERT A. SHIRLEY, did knowingly use facilities and means of interstate commerce, that is, a computer connected to the Internet, to attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years, that is, a fourteen (14) year-old girl to engage in illegal sexual activity with him.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

The Grand Jury further charges:

On or about September 7, 2004, in the Northern District of Ohio, Eastern Division, and elsewhere, ROBERT A. SHIRLEY, did knowingly travel in interstate commerce, from the State of Illinois to the State of Ohio, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, that is a fourteen (14) year-old girl.

All in violation of Title 18, United States Code, Section 2423(b).

### U.S. SENTENCING GUIDELINE ("U.S.S.G") ALLEGATION

1. Counts 1 and 2 are realleged and incorporated by reference herein for purposes of alleging facts under the U.S.S.G.

2. The following allegation is set forth for the purpose of applying the U.S.S.G.

3. With respect to Counts 1 and 2:

    A. A computer and an Internet-access device were used to persuade, induce, entice, and coerce the victim to engage in prohibited sexual conduct. (U.S.S.G. § 2A3.2(b)(3)).

A TRUE BILL.

_____
FOREPERSON

_____
GREGORY A. WHITE
United States Attorney

2

Case 4:10-cr-40047-JPG Document 2-1 Filed 12/09/10 Page 3 of 3 Page ID #5
Case: 5:04-cr-00497-JRA Doc #: 7-1 Filed: 09/29/04 1 of 3. PageID #: 26

Rev. 7/03

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

CRIMINAL DESIGNATION FORM (To be completed by the U.S. Attorney)

FILED
2004 SEP 29 PM 3:29

5:04CR0497

JUDGE ADAMS

| | |
|---|---|
| CRIMINAL CATEGORY: | 1. [X] General Criminal (Felony)<br>2. [ ] All Misdemeanor, Minor, and Petty Offenses. |
| OFFENSE(S) CHARGED: | |
| Title and Section: | 18 USC 2422(b); 18 USC 2423(b) |
| Description of Offense: | Enticement; Travel with intent to engage in illicit sexual conduct |
| Statutory Penalty: | 5-30 years, $250,000.00 fine; up to 30 years, $250,000.00 fine |

THE UNITED STATES ATTORNEY CERTIFIES:

    1. This **superseding indictment or superseding information** supersedes and supplants the entire indictment or information filed in Case No. _____ presently pending before Judge _____.
**(THE SUPERSEDING INDICTMENT OR SUPERSEDING INFORMATION IS TO BE ASSIGNED TO THE SAME JUDGE.)**

    ___ Check if applicable. Only the following defendant(s) need to be ARRAIGNED as an "initial appearance" pursuant to FRCRP 43(a)(1): _____

    2. This **supplemental information** adds a count or counts for a defendant (or defendants) in an indictment or information filed in Case No. _____ presently pending before Judge _____ and, therefore, should be directly assigned to said Judge, pursuant to LCrR57.9.
**(THE SUPPLEMENTAL INFORMATION IS TO BE ASSIGNED TO THE SAME JUDGE.)**

    3. This is a **related case** in that:
        ___ a. This Indictment is returned against a defendant(s) who is pending trial or sentencing, or is on probation or supervised release to Judge _____, in Case No. _____ and this new case involves only the said defendant(s): OR
        ___ b. This criminal prosecution arises out of the same criminal transaction or series of criminal transactions as are charged in Case No. _____ pending before Judge _____.
**(THIS RELATED CASE IS TO BE FILED BY RANDOM DRAW, AFTER WHICH REASSIGNMENT PURSUANT TO LCrR57.9 MAY BE SOUGHT.)**

**PREVIOUSLY FILED CRIMINAL CAUSE, IF ANY (INCLUDING COMPLAINTS)**

Docket No. 5:04MJ5071    Judge _____    Magistrate Judge Gallas

COUNTY THAT CONTROLS AS TO THE LOCATION OF COURT WHERE THIS CASE IS BEING
FILED: Stark County          (check one)
         ___ 1. DEFENDANT'S RESIDENCE
         _X_ 2. SITUS OF ALLEGED CRIME
         ___ 3. OTHER

NAME AND ADDRESS OF DEFENDANT(S) AND DEFENSE ATTORNEY(S): (Please include Zip Code and Telephone No.)

Defendant(s):

Robert A. Shirley
77 Honey Lane
DeSoto Illinois 62924

Attorney(s):

Darin Thomson
Office of the Federal Public Defender
Skylight Office Tower, Suite 750
1660 West Second Street
Cleveland, OH 44113   216-522-4856

DATE: 9/29/04

Michael A. Sullivan
Assistant United States Attorney
Telephone: (216) 622-3977